**GRANT v. HIGH POINT REG'L HEALTH SYS.**

[362 N.C. 502 (2008)]

BETTY L. GRANT, Executrix of the Estate of Tommy J. Grant v. HIGH POINT
REGIONAL HEALTH SYSTEM

No. 474PA05-2

(Filed 10 October 2008)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 184 N.C. App. 250, 645 S.E.2d 851 (2007), affirming in part and reversing and remanding in part an order entered 10 February 2006 by Judge John O. Craig, III in Superior Court, Guilford County. Heard in the Supreme Court 11 September 2008.

*Kennedy, Kennedy, Kennedy & Kennedy, L.L.P., by Harvey L. Kennedy and Harold L. Kennedy, III, for plaintiff-appellee.*

*Sharpless & Stavola, P.A., by Joseph P. Booth, III, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.